DANIEL G. BOGDEN
United States Attorney
NADIA AHMED
Assistant United States Attorney
DISTRICT OF NEVADA
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336 / Fax: (702) 388-6020

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-mj-00507-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE |
| | ) | PRELIMINARY EXAMINATION |
| PEDRO LUIS SALDANA, | ) | (2nd  REQUEST) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Paul Riddle, Assistant Federal Public Defender, counsel for defendant Pedro Luis Saldana, that the Preliminary Examination currently set for Thursday, July 30, 2015 at 4:00 p.m., be vacated and continued for thirty (30) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1.      The parties are in the process of negotiating a resolution of the case that would obviate the need for trial.  The parties need additional time to do so.

1

2.      The Defendant is not in custody and agrees to the continuance.

3.      Denial of this request for a continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and § 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(I) and (iv).

6.      This is the second request for a continuance of the preliminary examination in this case.

DATED this 29th day of July, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Paul Riddle*                                           */s/ Nadia Ahmed*
By:_____          By:_____
  Paul Riddle                                              Nadia Ahmed
  Assistant Federal Public Defender          Special Assistant United States Attorney
  **PEDRO LUIS SALDANA**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-00507-VCF |
| Plaintiff, | |
| vs. | ORDER CONTINUING PRELIMINARY EXAMINATION |
| Pedro Luis Saldana, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the deadline to continue the preliminary examination, currently scheduled for July 30, 2015, at the hour of 4:00 p.m., is continued to September 2, 2015 at 4:00 p.m.

DATED this _____29th_____ day of July, 2015

_____
UNITED STATES MAGISTRATE JUDGE